# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>OMAR ESPITIA-MARQUEZ<br>  aka "Omar Marquez-Espitia,"<br>  aka "Omar Espitia,"<br>  aka "Omar Espitia,"<br>  aka "Omar Marquez,"<br><br>  Defendant. | Case No. 2:23-mj-00371-NJK<br><br>**Order Directing Probation to Prepare a Criminal History Report**<br><br>[Docket No. 14] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this  5th   day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE