# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>OMAR ESPITIA-MARQUEZ<br>    aka "Omar Marquez-Espitia,"<br>    aka "Omar Espitia,"<br>    aka "Omar Espitia,"<br>    aka "Omar Marquez," | Case No. 2:23-mj-0037-NJK<br><br>**Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment**<br><br>[Docket No. 13] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on May 15, 2023 at the hour of 4:00 p.m., be vacated and continued to August 7, 2023 at the hour of 4:00 PM.

DATED this 5th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE