RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Omar Espitia-Marquez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00112-APG-VCF-1 |
| Plaintiff, | **STIPULATION TO CONTINUE WAIVER OF INDICTMENT, PLEA, AND SENTENCING HEARING** |
| v. | (First Request) |
| OMAR ESPITIA-MARQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Omar Espitia-Marquez, that the Waiver of Indictment, Plea, and Sentencing Hearing currently scheduled on September 21, 2023, be vacated and continued to November 1, 2023 at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1. Additional time is needed to review the presentence investigation report with Mr. Espitia-Marquez.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

1. This is the first request for continuance filed herein.
2. DATED this 13th day of September, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: *Raquel Lazo*<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By: *Kimberly Frayn*<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR ESPITIA-MARQUEZ,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00112-APG-VCF-1<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Waiver of Indictment, Plea, and Sentencing Hearing currently scheduled on September 21, 2023, be vacated and continued to November 1, 2023 at 11:00 a.m.

　　DATED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE

3